**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01193-RBJ

SCOTT WARRINGTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF MINERAL COUNTY,
THE MINERAL COUNTY SHERIFF'S OFFICE, AND
FRED HOSSELKUS,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict. It is

    ORDERED that Final Judgment is hereby entered in favor of Defendants the Board of County Commissioners of Mineral County, the Mineral County Sheriff's Office, and Fred Hosselkus, and against Plaintiff Scott Warrington.  It is

    FURTHER ORDERED that costs are awarded pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3rd day of December, 2013.

                                           FOR THE COURT:
                                           JEFFREY P. COLWELL, CLERK

                                           By: s/Edward P. Butler

                                           Edward P. Butler
                                           Deputy Clerk

APPROVED BY THE COURT

 s/R. Brooke Jackson
United States District Judge